**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00212-CR

**RICHARD YOUNG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-62717-M**

## ORDER

On November 15, 2013, the Court received a letter from appellant's counsel stating that she has received information that appellant died on October 31, 2013. Accordingly, we **ORDER** the above appeal removed from submission on January 21, 2014.

We **ORDER** counsel to file a motion to abate the appeal, accompanied by appellant's death certificate, by **JANUARY 31, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, TO counsel for all parties.

/s/     DOUGLAS S. LANG
          PRESIDING JUSTICE